IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:08-CR-75-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TITO LAMONT ANDERSON, | ) |
| | ) |
| Defendant. | ) |

The United States shall file a response to defendant's motion to reduce sentence [D.E. 54]. The response is due not later than June 9, 2017.

SO ORDERED. This 11 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge